UNITED STATES DISTRICT COURT
MIDDLE DISTRICT TENNESSEE
NASHVILLE DIVISION

ATAIN SPECIALTY INSURANCE
COMPANY,

    Plaintiff,                                  CASE NO: 3:20-cv-00411
                                                  Crenshaw/Holmes

v.

ALTISOURCE SOLUTIONS, INC.,
ALTISOURCE SARL, ALTISOURCE
PORTFOLIO SOLUTIONS S.A., and
ALTISOURCE BUSINESS SOLUTIONS
PRIVATE LTD.
_____/

-and-

ATAIN SPECIALTY INSURANCE
COMPANY,

    Plaintiff,                                  CASE NO: 3:19-cv-1072
                                                  Crenshaw/Holmes

v.

PRECISION FIELD SERVICES, LLC,
a Tennessee limited liability
company, and SANDRA ARNOLD,
individually and as the Administrator
of the Estate of ROBERT ARNOLD,

    Defendants.
_____/

**THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ATAIN SPECIALTY INSURANCE COMPANY ("Atain") and the Defendants, ALTISOURCE SOLUTIONS, INC., ALTISOURCE s.a.r.l., ALTISOURCE PORTFOLIO SOLUTIONS, S.A., ALTISOURCE BUSINESS SOLUTIONS PRIVATE LTD. (collectively,

"Altisource"),[1] PRECISION FIELD SERVICES, INC. ("Precision"), and SANDRA ARNOLD, individually and as personal representative of the Estate of Robert Arnold ("Arnold") jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss their respective claims and defenses, with prejudice, with each party to bear its own fees and costs in the consolidated case numbers 3:20-cv-0411 Crenshaw/Holmes and 3:19-cv-1072 Crenshaw/Holmes. There have been no prior dismissals in this action.

Respectfully submitted,

| KAUFMAN DOLOWICH & VOLUCK LLP | WISEMAN ASHWORTH LAW GROUP PLC |
|---|---|
| /s/ JOHN J. CAVO<br>John J. Cavo (*pro hac vice*)<br>jcavo@kdvlaw.com<br>135 S. LaSalle Street, Suite 2100<br>Chicago, Illinois 60603<br>P: (312) 759-1400<br><br>-and-<br><br>KAY GRIFFIN PLLC<br>John Griffin (# 15446)<br>John.griffin@kaygriffin.com<br>William Wojcik II (# 33634)<br>wwojcik@kaygriffin.com<br>222 Second Avenue North<br>Suite 340M<br>Nashville, Tennessee 3720<br>P: (615) 742-4800<br>*Attorneys for Atain in Case No. 3:19-cv-1072* | /s/GAIL VAUGHN ASHWORTH (with consent)<br>Gail Vaughn Ashworth (#10656)<br>gail@wisemanashworth.com<br>Anne M. Frazier (#34241)<br>anne@wisemanashworth.com<br>511 Union Street, Suite 800<br>Nashville, Tennessee 32719-1743<br>P: (615) 254-1877<br>*Attorneys for Precision* |
| COPELAND, STAIR, KINGMA & LOVELL<br><br>/s/BRIAN SPITLER (with consent)<br>Brian Spitler (#032649)<br>bspitler@cskl.law<br>735 Broad Street, Suite 1204 | BURR & FORMAN LLP<br><br>/s/ CLARK SPODEN (with consent)<br>M. Clark Spoden (BPR #7364)<br>cspoden@burr.com<br>Alexandria Rhoades (BPR # 37024)<br>arhoades@burr.com |

---

[1] The Defendants, Altisource s.a.r.l., Altisource Portfolio Solutions, S.A., and Altisource Business Solutions Private, Ltd. have not yet been served in this action but will be dismissed with prejudice.

| | |
|---|---|
| Chattanooga, Tennessee 37402<br>P: (423) 777-4693<br>*Attorneys for Atain in Case No. 3:20-cv-00411* | 222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201<br>T: (615) 724-3220<br>*Attorneys for Altisource* |
| FRALEY & HILL<br><br>/s/ RAYMOND W. FRALEY, JR. (with consent)<br>Raymond W. Fraley, Jr. (#2586)<br>ray@fraleyhill.com<br>Post Office Box 572<br>Fayetteville, Tennessee 37334<br>P: (931) 433-7104<br><br>-and-<br><br>GIDEON, COOPER & ESSARY<br>C.J. Gideon, Jr. (#6034)<br>cj@gideoncooper.com<br>315 Deaderick Street, Suite 1100<br>Nashville, Tennessee 37238<br>P: (931) 254-0400<br>*Attorneys for Arnold* | |

## CERTIFICATE OF SERVICE

I CERTIFY that on October 16, 2020, I electronically filed this document using the Court's CM/ECF system, which sent electronic notification to all parties in this case. I am further unaware of any non-CM/ECF participants.

/s/ JOHN J. CAVO
John J. Cavo