UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:20-cv-00411 |
| ALTISOURCE SOLUTIONS, INC., ALTISOURCE SARL, ALTISOURCE PORTFOLIO SOLUTIONS S.A., BUSINESS SOLUTIONS PRIVATE LTD, and SANDRA ARNOLD, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:19-cv-01072 |
| PRECISION FIELD SERVICES, LLC, SANDRA ARNOLD individually and as the Administrator of the Estate of Robert Arnold, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 26). Accordingly, these actions are **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE